IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santos Antonio Guardado-Quevara,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Loretta E. Lynch, et al.,<br><br>　　　　　Respondents. | No. CV-16-00800-PHX-PGR (JZB)<br><br>ORDER |

　　　　Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Boyle notwithstanding that no party has filed an objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly determined that the petitioner is entitled to an individualized bond hearing before an immigration judge for a determination as to whether the Government can establish that the petitioner should remain in detention because he poses a risk of flight or is a danger to the community. *See* Rodriguez v. Robbins, 804 F.3d 1060 (9th Cir.2015); Diouf v. Napolitano, 634 F.3d 1081 (9th Cir.2011).  Therefore,

　　　　IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 17) is accepted and adopted by the Court.

　　　　IT IS FURTHER ORDERED that petitioner Guardao-Quevara's Verified

1  Petition for Writ of Habeas Corpus is granted and that the respondents shall provide
2  the petitioner with a bond hearing no later than August 19, 2016.
3      DATED this 1st day of August, 2016.

                        Paul G. Rosenblatt
                        United States District Judge